UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED WALKER, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:08CV638 HEA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

This matter is before the Court upon the filing of movant's amended motion to vacate, set aside, or correct sentence [Doc. #4] and sealed document relating to said amended motion [Doc. #5]. Upon review of the amended motion to vacate, it is now apparent to the Court that movant is challenging the conviction and sentence entered in *United States v. Walker*, No. 4:04-CR-42-HEA (E.D.Mo.). Because movant already has filed a 42 U.S.C. § 2255 action challenging the same conviction and sentence, and because said action presently is pending in this Court, *see Walker v. United States*, 4:08-CV-127-HEA (E.D.Mo.), the instant action is duplicative and will be administratively closed.

Therefore,

**IT IS HEREBY ORDERED** that the instant case is **ADMINISTRATIVELY CLOSED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file movant's amended motion to vacate, set aside, or correct sentence [Doc. #4] and sealed document relative to said

motion [Doc. #5] in movant's pending 42 U.S.C. § 2255 action, *Walker v. United States*, 4:08-CV-127-HEA (E.D.Mo).

Dated this 8th day of July, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE