UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED WALKER, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 4:08CV127 HEA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| FRED WALKER, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 4:08CV638 HEA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

This matter is before the Court on Movant's Rule 59(e) Motion, [Doc. No. 7 in Cause Number 4:08CV638]. Movant asks the Court reconsider its order administratively closing Cause Number 4:08CV638 because he was allowed to file an Amended Section 2255 Motion. The Court administratively closed Cause Number 4:08CV638 because Movant has a previously filed 28 U.S.C. § 2255 Motion pending in Cause Number 4:08CV127. This case, Number 4:08CV127 was

reopened on June 27, 2008. Petitioner filed his Amended Motion in the reopened case on July 7, 2008, to which the Respondent has filed a Response. Movant's Amended Motion is pending for the Court's consideration and there is no need for a second Amended Motion to remain pending in Cause Number 4:08CV638. Hence the administrative closing.

The Court will consider Movant's Amended Motion along with the Respondent's Response.

Accordingly,

**IT IS HEREBY ORDERED** that Movant's Rule 59(e) Motion, [Doc. No. 7 in Cause Number 4:08CV638], is **DENIED**.

Dated this 25th day of July, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE